IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD L. SANDERS,                                    CV 07-621-MA

       Plaintiff,                                  J U D G M E N T

  v.

MICHAEL J. ASTRUE,

       Defendant.


    Based on the record and the opinion and order filed herewith, the final decision of the Commissioner is AFFIRMED and this case is DISMISSED.

    IT IS SO ORDERED.

    DATED this 27 day of August, 2008.

                                    /s/ Malcolm F. Marsh
                                    Malcolm F. Marsh
                                    United States District Judge